UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AI LI WANG,

                Plaintiff,       :      **ECF CASE**

   v.

                                       07 Civ. 8004 (SHS)

ANDREA QUARANTILLO, et al.

                Defendants.     NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         October 2, 2007

                                                Respectfully submitted,

                                               MICHAEL J. GARCIA
                                             United States Attorney for the
                                             Southern District of New York

                           By:   /s/_____
                                       DAVID BOBER
                                       Assistant United States Attorney
                                       86 Chambers Street, 3rd Floor
                                       New York, New York 10007
                                       Telephone: (212) 637-2718
                                       Facsimile: (212) 637-2786
                                       Email: david.bober@usdoj.gov

To:    Margaret Wong
         3150 Chester Ave.
         Cleveland, OH 44114