MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AI LI WANG,                                              :

                Plaintiff,          :      STIPULATION AND
                                           ORDER OF DISMISSAL

        - v. -                                        :
                                                      07 Civ. 8004 (SHS)

ANDREA QUARANTILLO, et al.,                              :

                Defendants.         :
-------------------------------------------------------------x

      IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York

      October 2, 2007

MARGARET W. WONG & ASSOCS.
Attorneys for Plaintiff

By: _____
Margaret W. Wong
3150 Chester Ave.
Cleveland, OH 44114
Tel. No.: (216) 566-9908

Dated: New York, New York
      October 12, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED: 10/23/07

_____
HON. SIDNEY H. STEIN
United States District Judge